IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLA ARELLANO and PAUL ARMIJO
as Parents and Next Friends of SANTIAGO A.,
A Minor,

        Plaintiffs,

vs.                                                            Civ. No. 08-954 WJ/RHS

BOARD OF EDUCATION OF LAS VEGAS
CITY SCHOOLS, a local public governing
body of the State of New Mexico,

        Defendant.

## **PRELIMINARY REPORT AND RECOMMENDATION**

        The undersigned conducted a status conference on March 30, 2009, for the limited purpose of discussing the issues pending in Plaintiffs' Motion for Preliminary Injunction (docket no. 13) and inquiring as to how much Court time was required to hear the matter. During the course of discussions, I was advised that the minor had entered into a plea agreement before Judge Hall and that Judge Hall had, in some manner, retained authority to supervise the minor's return to school. With the concurrence of counsel, I respectfully recommend that the Plaintiffs be allowed through April 3, 2009, at 5:00 p.m., to file either an Amended Motion for Preliminary Injunction or a supplement to the present motion (docket no. 13) setting forth a factual history from December 29, 2008 (the date of filing of docket no. 13) through the present. I have set an evidentiary hearing for **May 1, 2009, at 9:00 a.m.** with one full day allotted for hearing on the motion for preliminary injunction.

                                                                                             _Robert Hayes Scott_
                                                                                        ROBERT HAYES SCOTT
                                                                                        UNITED STATES MAGISTRATE JUDGE