IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ELLA ARELLANO and PAUL ARMIJO
as Parents and Next Friends of SANTIAGO A.,
A Minor,

      Plaintiffs,

vs.                                             Civ. No. 08-954 WJ/RHS

BOARD OF EDUCATION OF LAS VEGAS
CITY SCHOOLS, a local public governing
body of the State of New Mexico,

      Defendant.

## ORDER DENYING PLAINTIFFS' REQUEST FOR INJUNCTIVE RELIEF

**THIS MATTER** came before the Court on Plaintiffs' Application for Injunctive Relief as contained in the Complaint filed in the above-captioned cause (Doc. 1). In the Complaint, Plaintiffs sought an injunction from the Court requiring the Board of Education of Las Vegas City Schools to allow Santiago A., a minor, to attend Robertson High School pending resolution of this matter. The minor's ability to attend Robertson High School has been precluded by an Order entered by the State District Court and the parties now agree that the Application for Injunctive Relief is moot.

**IT IS THEREFORE ORDERED** that Plaintiffs' Application for Injunctive Relief as contained in the Complaint filed herein (Doc. 1) is hereby considered withdrawn as moot;

**IT IS FURTHER ORDERED** that the Order entered by the State District Court referenced above also renders moot Motion for Preliminary Injunction filed December 29, 2008 (Doc. 13) and Plaintiff's Motion to Withdraw (Doc. 24) is hereby granted.

_____
UNITED STATES DISTRICT JUDGE